# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10752 Yan v. State of Texas
USDC No. 4:24-CV-579

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ___________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Charles Davis Chapman
Ms. Caroline Cyrier
Mrs. Kimberly A. Gdula
Mr. Jon-William Nathaniel James
Ms. Katherine E. Owens
Mr. William A. Pigg
Mr. Craig Manning Price
Ms. Mallory Schuit
Mr. Conghua Yan
Mr. Jiayin Zheng