# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 8, 2026
Lyle W. Cayce
Clerk

No. 25-10752

Conghua Yan,

*Plaintiff—Appellant*,

*versus*

The State of Texas; Leslie Starr Barrows, *in Individual Capacity*; William Albert Pigg, *in Individual Capacity*; Lori L. DeAngelis, *in Individual Capacity and Official Capacity as Associated Judge*; Panopyra P.L.L.C., *A Private Company*; Fuyan Wang, *in Individual Capacity*; Jiayin Zheng, *in Individual Capacity*; Yuanli Tang, *in Individual Capacity*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-579

ORDER:

IT IS ORDERED that Appellant's opposed motion to file an amended petition for rehearing en banc is GRANTED.

Don R. Willett
*United States Circuit Judge*