# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 16, 2026

Lyle W. Cayce
Clerk

---

No. 25-10752

---

Conghua Yan,

*Plaintiff—Appellant*,

*versus*

The State of Texas; Leslie Starr Barrows, *in Individual Capacity*; William Albert Pigg, *in Individual Capacity*; Lori L. DeAngelis, *in Individual Capacity and Official Capacity as Associated Judge*; Panopyra P.L.L.C., *A Private Company*; Fuyan Wang, *in Individual Capacity*; Jiayin Zheng, *in Individual Capacity*; Yuanli Tang, *in Individual Capacity*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-579

---

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled

on rehearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the amended petition for rehearing en banc is DENIED.

IT IS FURTHER ORDERED that Appellant's request for publication is DENIED.