# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 23, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 25-10752 Yan v. State of Texas
USDC No. 4:24-CV-579

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
- Mr. Charles Davis Chapman
- Ms. Caroline Cyrier
- Mrs. Kimberly A. Gdula
- Mr. Jon-William Nathaniel James
- Ms. Katherine E. Owens
- Mr. William A. Pigg
- Mr. Craig Manning Price
- Ms. Mallory Schuit
- Mr. Conghua Yan
- Mr. Jiayin Zheng